IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE ESTATE OF GILBERT BARBER )
by and through its administrators, JESSIE )
BARBER and CALVERT STEWART )
)
          Plaintiffs, )
)
    v. )      1:03CV547
)
B.J. BARNES, in his individual capacity )
and official capacity as the Sheriff of )
Guilford County, THOMAS GORDY, )
in his individual and official capacity as a )
Deputy Sheriff, the GUILFORD COUNTY )
SHERIFF'S DEPARTMENT, and )
PEERLESS INSURANCE CO., surety )
for Guilford County Sheriff's Department, )
)
          Defendants. )

## ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment [Document #31] is GRANTED, and all of Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

This, the 29th day of June, 2006.

                                        /s/ James A. Beaty
                                        United States District Judge